UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERBERT S. OLSON,<br><br>       Plaintiff,<br><br> v.<br><br>STATE OF NEVADA, DEPARTMENT OF PUBLIC SAFETY.<br>       Defendant. | Case No. 3:22-cv-00232-ART-CLB |
| HERBERT S. OLSON,<br><br>       Plaintiff,<br><br> v.<br><br>STATE OF NEVADA, DEPARTMENT OF PUBLIC SAFETY, *et al.*,<br>       Defendants. | *and related case*<br><br>Case No. 3:22-cv-00471-MMD-CSD<br><br><br>REASSIGNMENT ORDER |

  The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge and one Magistrate Judge under Local Rule 42-1(a). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

  It is therefore ordered that Case No. 3:22-cv-00471-MMD-CSD is reassigned to District Judge Anne R. Traum and Magistrate Judge Carla L. Baldwin, and all future pleadings must bear case number 3:22-cv-00471-ART-CLB.

  DATED THIS 4th Day of May 2023.

_____  _____
MIRANDA M. DU            ANNE R. TRAUM
CHIEF UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE