UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>                               Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, DEPARTMENT OF PUBLIC SAFETY<br><br>                            Defendant. | Case No. 3:22-cv-00232-ART-CLB<br><br>ORDER |

On June 13th, 2023, this Court issued an order (ECF No. 28) which, among other things, denied Plaintiff's Motion to File a Sur-Reply (ECF No. 22) and granted Defendant's Motion to Dismiss (ECF No. 5). It is therefore ordered that the case is dismissed with prejudice. It is further ordered that the Clerk of Court enter judgment in favor of Defendants and close this case.

DATED THIS 31st day of August 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1