AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HERBERT S. OLSON,

        Plaintiff,

v.

STATE OF NEVADA, DEPARTMENT
OF PUBLIC SAFETY,

        Defendant.

JUDGMENT

Case Number:   3:22-cv-00232-ART-CLB

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **dismissed with** prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants and this case is closed.



Date: September 1, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk