FILED

SEP 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HERBERT S. OLSON, | No. 23-16008 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00471-ART-CLB |
| v. | District of Nevada, Reno |
| STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY; DEPARTMENT OF MOTOR VEHICLES, | ORDER |
| Defendants-Appellees. | |

Before: BADE, LEE, and VANDYKE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court has not issued any orders that are final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

Although appellant captioned the notice of appeal for district court docket number 3:22-cv-00471-ART-CLB, the body of the notice of appeal challenges the June 13, 2023 order issued in related action 3:22-cv-00232-ART-CLB. The district court must file the July 14, 2023 notice of appeal in 3:22-cv-00232-ART-CLB.

**DISMISSED.**

OSA124