|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HERBERT S. OLSON,

    Plaintiff - Appellant,

v.

STATE OF NEVADA, DEPARTMENT OF PUBLIC SAFETY,

    Defendant - Appellee.

No. 23-2534

D.C. No. 3:22-cv-00232-ART-CLB
District of Nevada, Reno

ORDER

On November 7, 2023, this court ordered appellant, within 21 days, either to pay the filing fees or move to proceed in forma pauperis. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court will, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT